RECEIVED

MAR - 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES O. FLETCHER | CIVIL ACTION NO. 1:13-cv-0579<br>Section "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Fletcher's motion for habeas corpus (Doc. 1) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 6th day of March, 2014.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE